IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:01-CR-63 |
| | ) | |
| CARROLL HOLT | ) | |

## O R D E R

Upon motion of the defendant Carroll Holt and for good cause shown, it is hereby **ORDERED** that the defendant's motion to produce all his medical records prior to his sentencing hearing on August 4, 2005, [doc. 686] is **GRANTED**. The Bureau of Prisons, FCI Edgefield, South Carolina, shall produce all the defendant's medical records, particularly records related to diagnoses, treatment including medications, and prognoses, no later than August 1, 2005. The records should be sent by mail or facsimile to Judge Leon Jordan's chambers in Knoxville, Tennessee.

ENTER:

s/ H. Bruce Guyton

United States Magistrate Judge